# 808    Cases Reported with Brief Syllabi.

Wm. Jackman's Sons, Inc., v. Jack Mann's Fur Shop, Inc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York ex rel. Madeline Nardone v. Lester Patterson, Sheriff of Bronx County, and Others.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York v. Joseph Polland.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

William Hoffman, Suing in Behalf of Himself and of All Other Creditors of Exotic Art Process, Inc., v. Exotic Art Process, Inc., and Others, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York v. Eugene Fitzpatrick.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The People of the State of New York v. Joseph Costillo.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Robert Sterling Clark v. Douglas Alexander and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Friedman-White Realty Co., Inc., v. The Garage Development Corporation and Others, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Supplementary Proceedings: Thomas Reilly v. Murtha J. Somers.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Harry Levy and Another v. John C. Forster and Another.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Mylton L. Meltzer v. Flying Fame, Inc.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

George E. Hahndorf v. Hugh G. Morrison.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Schuylkill Fuel Corporation v. B. & C. Nieberg Realty Corporation, Inc., and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

William J. Haliday v. E. V. Benjamin Co., Inc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

S. H. Willtberrg Realty Corporation v. Frank McCrory.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Maurice Frank Conklin v. James Barry, Impleaded with William Gillissen. — Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.